In the Matter of the Claim of WILLIAM McEWAN, Appellant, against CITY OF NEW YORK, Respondent.

Argued May 27, 1952; decided June 6, 1952.

*Adolph Koeppel* and *Martin Koeppel* for appellant.

*Denis M. Hurley, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and DYE, JJ. FULD and FROESSEL, JJ., dissent and vote to reverse the order of the Appellate Division and affirm the order of the Special Term, upon the ground that, under the circumstances of this issue, it was an abuse of discretion to refuse to permit the filing of the claim. Not sitting: CONWAY, J.